IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALEIYAH BERRIOS-BROOKS,** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 19-429** |
| : | |
| **TARGET, et al.,** : | |
| Defendants. : | |

# ORDER

**AND NOW,** this 31st day of January 2019, upon review of the docket and the documents filed in this case, and it appearing that this Court lacks subject-matter jurisdiction, as there is no allegation in the complaint or proof in the record that the amount in controversy exceeds $75,000, it is hereby **ORDERED** that this case is **REMANDED** to the Court of Common Pleas, Philadelphia County. It is further **ORDERED** that the Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**